IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **SANDRA B. GUTHRIE,** | ) |
| | ) |
|     Plaintiff, | ) Civil Action No. 1:11cv00061 |
| | ) |
| v. | ) |
| | ) By: Michael F. Urbanski |
| **CYNTHIA L. MCCLASKEY, et al.,** | )     United States District Judge |
| | ) |
|     Defendants. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this date, it is **ORDERED** that the Report and Recommendation entered by the Magistrate Judge is adopted in part and rejected in part; the motion to dismiss (Dkt. # 30) filed by defendants is **GRANTED**; all other pending motions are **DENIED as moot**; and this matter is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order to counsel of record.

    Entered: November 9, 2012

    */s/ Michael F. Urbanski*

    Michael F. Urbanski
    United States District Judge